IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                       Plaintiff,        )<br>                                                     )<br>v.                                                  )<br>                                                     )<br>JUAN GARZA,                              )<br>                                                     )<br>                       Defendant.    ) | Case No. 4:07CR3108 |

### ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to modify conditions of his pretrial release to permit him to reside at a halfway house in Omaha, NE, filing 21. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant's release condition shall be modified to permit him to reside at a halfway house in Omaha, NE. Defendant shall follow all rules of said halfway house. He shall also follow all earlier ordered conditions of release not inconsistent with this modification order.

Dated this 13th day of November, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge